NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 13a0391n.06

No. 12-6010

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED

Apr 18, 2013

DEBORAH S. HUNT, Clerk

| | |
|---|---|
| In re: SUSAN H. LUNAN, | ) |
| | ) |
| Debtor, | ) |
| | ) |
| _____ | ) |
| | ) ON APPEAL FROM THE UNITED |
| | ) STATES DISTRICT COURT FOR |
| SUSAN H. LUNAN, | ) THE EASTERN DISTRICT OF |
| | ) TENNESSEE |
| Appellant, | ) |
| | ) |
| v. | ) |
| | ) |
| DAVID H. JONES, Trustee, | ) |
| | ) |
| Appellee. | ) |

Before: MARTIN, GILMAN, and KETHLEDGE, Circuit Judges.

PER CURIAM. Chapter 7 Debtor Susan H. Lunan, proceeding pro se, appeals a district court order dismissing her appeal from the bankruptcy court's order granting Trustee David H. Jones's motion to compel her to vacate property. Upon examination, this panel unanimously agrees that oral argument is not needed. Fed. R. App. P. 34(a).

Because Lunan repeatedly failed to provide a transcript of the bankruptcy court's hearing during which the Trustee's order was granted, as required by Federal Rule of Bankruptcy Procedure 8006, the district court appropriately dismissed her appeal. *See* Fed. R. Bankr. P. 8001(a); *see also*

*Kloian v. Acker* (*In re Kloian*), 72 F. App'x 364, 365 (6th Cir. 2003) (per curiam). We, therefore, affirm the district court's order. Fed. R. App. P. 34(a)(2)(C).